

# Fourth Court of Appeals
## San Antonio, Texas

June 21, 2021

No. 04-21-00197-CV

Graciela **GARCIA** and Jesus Garcia,
Appellants

v.

Roberto **SALINAS,** Jose Lozano, and State Farm Mutual Automobile Insurance Company,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-17-716-A
Honorable Baldemar Garza, Judge Presiding

# O R D E R

On June 21, 2021, the trial court clerk filed a notification of late record, notifying this court that the clerk's record has not been filed because appellants have failed to pay or make arrangements to pay the clerk's fee for preparing the record based on the recalculated, corrected costs.

It is therefore **ORDERED** that appellants provide proof to this court within ten (10) days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellants are entitled to appeal without paying the clerk's fee.

It is further **ORDERED** that the clerk's record must be filed no later than ten (10) days after the date appellants' written proofs are filed with this court.  If appellants fail to respond within the time provided, this appeal will be dismissed for want of prosecution.  *See* TEX. R. APP. P. 37.3(b).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of June, 2021.



MICHAEL A. CRUZ, Clerk of Court